front page of our web page, click on the link at the top of the page, and extension page, and extension page of our web page.
judges: W. Fletcher, Christen, Friedland